# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES SMITH                                                                        PLAINTIFF

v.                                      No. 4:18CV00040 JLH

G.A. GROUP, LLC, d/b/a GARRISON
ACQUISITION GROUP; FIRST QUALITY
FINANCIAL SERVICES, LLC; JOVA
CONSULTING, INC.; and
JOHN VASCONCELLOS, individually                                    DEFENDANTS

## ORDER

On July 30, 2018, the Court ordered James Smith to provide proof of service of summons and complaint within seven days from the entry of that Order. Smith has not complied. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 9th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE